895 A.2d 519

**Theodore DOWLING, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 20, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of March, 2006, the order of the Commonwealth Court is hereby **AFFIRMED.**

895 A.2d 520

**Louis MILLER, Appellant,**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

**No. 94 MAP 2005.**

Supreme Court of Pennsylvania.

March 20, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of March, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**